*Power Co.* v. *Savannah River Electric Co., ante,* p. 574; *Twin City Power Co.* v. *Savannah River Electric Co., ante,* p. 574; *Brannan* v. *Harrison, ante,* p. 579. *Mr. J. H. Everest* for appellants. No appearance for appellees.

No. 511. Cousins *v.* Sovereign Camp, Woodmen of the World. Jurisdictional statement submitted January 11, 1932. Decided January 18, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a properly presented federal question. *Hiawassee River Power Co.* v. *Carolina-Tennessee Power Co.,* 252 U. S. 341, 344; *Lawler* v. *Walker,* 14 How. 149, 152; *Maxwell* v. *Newbold,* 18 How. 511, 516, 517; *Yazoo & Mississippi R. Co.* v. *Adams,* 180 U. S. 41, 45, 48; *Mutual Life Ins. Co.* v. *McGrew,* 188 U. S. 291, 309, 312. *Mr. John D. Cofer* for appellant. *Mr. Charles L. Black* for appellee.

No. 512. Gianatasio *v.* Kaplan et al.

Jurisdictional statement submitted January 11, 1932. Decided January 18, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Atkin* v. *Kansas,* 191 U. S. 207; *Heim* v. *McCall,* 239 U. S. 175. *Mr. Copal Mintz* for appellant. Messrs. *Arthur J. W. Hilly, J. Joseph Lilly,* and *Frederick A. Keck* for appellees.

No. —, original. Ex parte Silverman. Submitted January 11, 1932. Decided January 18, 1932.

*Mr. William H. Lewis* for petitioner.